USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELDRICK PRESSLEY,                   :
                                    :
                    Plaintiff,      :     07 Civ. 3428 (VM)
                                    :
     - against -                    :     ORDER FOR REASSIGNMENT
                                    :     TO WHITE PLAINS
QUICKSILVER DEVELOPMENT CORP.,      :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO**, **United States District Judge.**

In reviewing the complaint and other papers filed in this matter the Court notes that plaintiff ("Plaintiff") asserts that he is a resident of Yonkers, New York; that defendant Quicksilver Development is a corporation doing business in Yonkers, New York, and that defendant Richard Silverman is a resident of Scarsdale, New York. The complaint indicates that the events giving rise to the claims asserted in the underlying action occurred in connection with services Plaintiff performed as an employee of defendants in Yonkers, New York. It therefore appears that in whole or in major part this action arose in Westchester County and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Westchester County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         2 May 2007

                                   VICTOR MARRERO
                                      U.S.D.J.