# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELDRICK PRESSLEY

            Plaintiff(s)/Petitioner(s)

- against -

QUICKSILVER DEVELOPMENT CORP., A NEW YORK CORPORATION AND RICHARD SILVERMAN, INDIVIDUALLY,

            Defendant(s)/Respondent(s)

INDEX #: 07 CV 3428
DATE FILED: 04/30/2007
JUDGE: MARRERO

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/16/2007, 01:06PM at 7 ODELL PLAZA, SUITE # 146, YONKERS NY 10701, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT on QUICKSILVER DEVELOPMENT CORP., a defendant in the above action.

By delivering to and leaving with RICHARD SILVERMAN at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 46   Approximate height 5'06"   Approximate weight 335   Color of skin WHITE   Color of hair GREY

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY 10038
(212)897-5859

_Tony Conigliaro_
TONY CONIGLIARO

Sworn to before me on 05/17/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726