ELDRICK PRESSLEY

                Plaintiff(s)/Petitioner(s)

- against -

QUICKSILVER DEVELOPMENT CORP., A NEW YORK CORPORATION AND RICHARD SILVERMAN, INDIVIDUALLY,

                Defendant(s)/Respondent(s)

INDEX #: 07 CV 3428
DATE FILED: 04/30/2007
JUDGE: MARRERO

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/16/2007, 01:06PM at 7 ODELL PLAZA, SUITE # 146, YONKERS NY 10701, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT on RICHARD SILVERMAN, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

C/O QUICKSILVER DEVELOPMENT CORP.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 46    Approximate height 5'06"    Approximate weight 335    Color of skin WHITE    Color of hair GREY

RICHARD SILVERMAN told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY 10038
(212)897-5859

_Tony Conigliaro_
TONY CONIGLIARO

Sworn to before me on 05/17/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726