**ECHTMAN & ETKIND, LLP**
250 WEST 57TH STREET
SUITE 1020
NEW YORK, N.Y. 10107
(212) 757-2310
FAX: (212) 757-2366

IRWIN M. ECHTMAN
DAVID ETKIND

OF COUNSEL
BRUCE HESSELBACH
ADMITTED VERMONT AND NEW YORK
VERMONT OFFICE
170 CANAL STREET
BRATTLEBORO, VT 05301
(802) 254-0236

*MEMO ENDORSED*

May 31, 2007

<u>Via Facsimile Only: 914-390-4085</u>
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street – Room 275
White Plains, N.Y. 10601

*Adjourned to July 13, 2007
So Ordered
Charles L. Brieant J.*

RE: **Presley v. Quicksilver Development Corp.**
07-CIV-3428 (CLB) (MDF)

Dear Judge Brieant:

Echtman & Etkind, LLP have just been engaged to represent defendants in the above reference case.

We respectfully request that the conference scheduled for June 1, 2007 be adjourned to June 15, 2007. This is the first request for an adjournment. My adversary consents to the adjournment. The reason for the adjournment is that we have just been engaged to represent the defendants and were notified of this conference on May 30, 2007.

Respectfully submitted,

David Etkind
David Etkind

Cc: <u>Via Facsimile only (917) 421-9387</u>
Justin Zeller, Esq.