# THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
## 222 BROADWAY, 19ᵗʰ FLOOR
### NEW YORK, NY 10038
### PHONE (212) 897-5859
### FAX (212) 860-9169
### EMAIL JAZELLER@ZELLERLEGAL.COM

May 31, 2007

**VIA U.S. MAIL**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Rm 275
White Plains, NY 10601

Re:  Presley v. Quicksilver Development Corp.
Docket No.: 07 cv 3428

Dear Judge Brieant,

The undersigned is counsel to plaintiff in the above referenced matter.

Earlier today, the Court granted an adjournment of an initial conference, scheduled for tomorrow at 9:00 AM, in the above matter, based on consent of both sides. However, plaintiff only consented to an adjournment of two weeks at most, a fact that defense counsel should have included in his request to the Court.

Since the Court can only reschedule the conference in July, Plaintiff respectfully withdraws its consent and humbly requests that the conference go forth as planned, tomorrow at 9:00 AM.

I have informed by adversary's office by phone and fax. Thank you very much.

Respectfully submitted,

Justin A. Zeller
Counsel to Plaintiff

CC: David Etkind, via fax at (212) 757-2366