**ECHTMAN & ETKIND, LLP**
250 WEST 57TH STREET
SUITE 1020
NEW YORK, N.Y. 10107
(212) 757-2310
FAX: (212) 757-2366

IRWIN M. ECHTMAN
DAVID ETKIND

OF COUNSEL
BRUCE HESSELBACH
ADMITTED VERMONT AND NEW YORK
VERMONT OFFICE
170 CANAL STREET
BRATTLEBORO, VT 05301
(802) 254-0236

May 31, 2007

<u>**Via Facsimile only (917) 421-9387**</u>
Justin Zeller, Esq.

       RE:   **Presley v. Quicksilver Development Corp.**
              07-CIV-3428 (CLB) (MDF)

Dear Mr. Zeller

      The court has advised us that the conference has been adjourned to July 13, 2007.

      The court was unable to adjourn to June 15th.

                                   Very truly yours,

                                   David Etkind

cc:   <u>**Via Facsimile Only: 914-390-4085**</u>
       Hon. Charles L. Brieant
       United States District Court
       Southern District of New York