UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ELDRICK PRESSLEY,                                    07-CV-3428 (CLB)

               Plaintiff,

   -against-                                        **Rule 7.1 Statement**

QUICKSILVER DEVELOPMENT CORP. and
RICHARD SILVERMAN,

              Defendants.
----------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant QUICKSILVER DEVELOPMENT CORP. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:   none.

Dated:    New York, New York
            June 11, 2007

                                          Echtman & Etkind, LLP
                                          Attorneys for Defendants

                            BY: _____
                                David Etkind, Esq. (DE-9805)

                                250 West 57th Street, Ste 1020
                                New York, New York 10107
                                (212) 757-2310