UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ELDRICK PRESSLEY,                          07-CV-3428 (CLB)

                 Plaintiff,           **ANSWER**

    -against-

QUICKSILVER DEVELOPMENT CORP. and
RICHARD SILVERMAN,

                Defendants.
------------------------------------------------x

        Defendants QUICKSILVER DEVELOPMENT CORP. ("Quicksilver") and RICHARD SILVERMAN, by their attorneys, Echtman & Etkind, LLP, for their answer to Plaintiff's Complaint, respectfully shows and alleges:

        1.    Deny each and every allegation set forth in paragraphs "1", "3", "4", "5", "6", and "7" of the Complaint, except admit that Quicksilver employed Plaintiff. In addition, Defendants decline to respond to the conclusions of law set forth in these paragraphs.

        2.    Deny each and every allegation set forth in paragraphs "8" and "9" of the Complaint.

        3.    Deny each and every allegation set forth in paragraph "10" of the Complaint, except admit that Quicksilver has records concerning the number of hours worked by Plaintiff and the compensation paid to Plaintiff.

**ANSWERING THE FIRST
<u>ALLEGED CAUSE OF ACTION</u>**

        4.    Repeat and reallege the denials previously set forth in response to the

David_Silverman_Answer

allegations incorporated by reference in paragraph "11" of the Complaint.

5. Deny each and every allegation set forth in paragraph "12" of the Complaint, except admit that Plaintiff claims that, at times, he worked overtime In addition, Defendants decline to respond to the conclusion of law set forth in this paragraph.

6. Deny each and every allegation set forth in paragraphs "13" and "14" of the Complaint.

### ANSWERING THE SECOND
### ALLEGED CAUSE OF ACTION

7. Repeat and reallege the denials previously set forth in response to the allegations incorporated by reference in paragraph "15" of the Complaint.

8. Deny each and every allegation set forth in paragraph "16" and "20" of the Complaint, except admit that Quicksilver employed Plaintiff. In addition, Defendants decline to respond to the conclusions of law set forth in these paragraphs.

9. Deny each and every allegation set forth in paragraphs "17", "18" and "19" of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

10. The Complaint fails to state a cause of action upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

11. The statute of limitation bars some of Plaintiff's claims.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

12. Upon information and belief, Plaintiff may have incorrectly and/or fraudulently filled out some of his time records.

WHEREFORE, Defendants demands judgment as follows:

(a) Dismissing Plaintiff's Complaint,

(b) Awarding Defendants their costs and disbursements in this action, including – if appropriate – their reasonable attorneys' fees; and

(c) For such and other further relief as the Court deems just and proper.

Dated: New York, New York
    June 11, 2007

ECHTMAN & ETKIND, LLP
Attorneys for Defendants

By: _____
David Etkind (DE - 9805)

250 West 57th Street, Suite 1020
New York, New York 10107
(212) 757-2310