UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
ELDRICK PRESSLEY,

                                  **Stipulation and Order**

            Plaintiffs,           07-CV-3428 (CLB)

    v.

QUICKSILVER DEVELOPMENT CORP. and
RICHARD SILVERMAN,

            Defendants.
---------------------------------------- x

    **Whereas,** the parties wish to settle the above-referenced action, but there exists a concern that a FLSA and/or labor law wage claim may be asserted against non-party(ies) to the action, which requires the non-party(ies) to be joined as parties to the action; and

    **Whereas,** the time to join additional parties to the action has expired (*see* the Court's June 1, 2007 Civil Case Discovery Plan and Scheduling Order);

    **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff and the attorneys for Defendants that:

1. The following additional parties shall be joined to the action for the express purpose of settling this action: Video Network Services Inc., Arkahdia Arts West Inc., Treva Silverman, Harvey Silverman, Michalakis Makris, and Robin Goldberg (the "Additional Parties").

>
>
>
>
>

2. The caption in this matter is hereby amended as set forth herein:

> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF NEW YORK
> ------------------------------------x
> ELDRICK PRESSLEY,
>
>                     Plaintiffs,      07-CV-3428 (CLB)
>     v.
>
> QUICKSILVER DEVELOPMENT CORP. RICHARD
> SILVERMAN, VIDEO NETWORK SERVICES INC.,
> ARKAHDIA ARTS WEST INC., TREVA SILVERMAN,
> HARVEY SILVERMAN, MICHALAKIS MAKRIS,
> AND ROBIN GOLDBERG,
>
>                     Defendants.
> ------------------------------------x

3. Echtman & Etkind, LLP hereby appear on behalf of all of the Defendants (*see* the annexed notice of Appearance).

4. In the event that the settlement is not consummated, the Additional Parties shall be dismissed from the action.

5. Plaintiff will provide Defendants' counsel with an original, fully-executed Blumberg form general release, releasing each of the parties to the law suit, including the Additional Parties, and an executed stipulation of discontinuance with prejudice.

6. Defendants' counsel shall hold the release and stipulation in escrow pending the receipt by Plaintiff's counsel of an attorney's check for the agreed-upon settlement amount.

\>
\>
\>
\>

2

7. Upon the clearance of the check, Defendants will release the documents from escrow and file the stipulation of discontinuance with the Court. *If no descontinuance is filed by then, counsel shall attend before the Court for a status conference September 14, 2007 at 9:00AM*

Dated: New York, New York
July 19, 2007

The Law Office of Justin A. Zeller, P.C.
Attorneys for Plaintiff

BY: _____
Justin A. Zeller, Esq. (JZ-7094)

251 West 14th Street, 5th Floor
New York, NY 10011
(212) 860-9169

Echtman & Etkind, LLP
Attorneys for Defendants

BY: _____
David Etkind, Esq. (DE-9805)

250 West 57th Street, Ste 1020
New York, New York 10107
(212) 757-2310

So Ordered: July 19, 2007

_____
Clarence Brieant
U.S.D.J.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELDRICK PRESSLEY,

                           Plaintiff,          07-CV-3428 (CLB)

      -against-

                                             **NOTICE OF**
**APPEARANCE**
QUICKSILVER DEVELOPMENT CORP.,
RICHARD SILVERMAN, VIDEO NETWORK
SERVICES INC., ARKAHDIA ARTS WEST INC.,
TREVA SILVERMAN, HARVEY SILVERMAN,
MICHALAKIS MAKRIS, AND ROBIN GOLDBERG

                         Defendants.
------------------------------------------------------------x

        Echtman & Etkind, LLP – counsel for Defendants Quicksilver Development Corp. and Richard Silverman – hereby gives notice that it is hereby appearing upon behalf of the following parties: Video Network Services Inc., Arkahdia Arts West Inc., Treva Silverman, Harvey Silverman, Michalakis Makris, and Robin Goldberg and that service of all papers should be made upon it.

Dated: New York, New York
        July 19, 2007

**ECHTMAN & ETKIND, , LLP**
Attorneys for Defendants

By: _____
     David Etkind, Esq. (DE-9805)
     250 West 57th Street, Ste. 1020
     New York, New York 10107
     (212) 757-2310

David_Silverman_WP_Notice_Appearance