UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ELDRICK PRESSLEY,

                      Plaintiffs,              07-CV-3428 (CLB)

v.

QUICKSILVER DEVELOPMENT CORP. RICHARD
SILVERMAN, VIDEO NETWORK SERVICES INC.,
ARKAHDIA ARTS WEST INC., TREVA SILVERMAN,
HARVEY SILVERMAN, MICHALAKIS MAKRIS,
AND ROBIN GOLDBERG,

                      Defendants.
----------------------------------------x

## **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff ELDRICK PRESSLEY, and Defendants, QUICKSILVER DEVELOPMENT CORP. RICHARD SILVERMAN, VIDEO NETWORK SERVICES INC., ARKAHDIA ARTS WEST INC., TREVA SILVERMAN, HARVEY SILVERMAN, MICHALAKIS MAKRIS, AND ROBIN GOLDBERG by and through the undersigned counsel and show unto this Court that all matters in controversy have been compromised and settled to the satisfaction of the parties herein. It is, therefore, agreed that the above-styled action of the Plaintiff against Defendants be dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of this settlement agreement.

RESPECTFULLY SUBMITTED, this 20 day of August 2007.

**THE LAW OFFICE OF**
**JUSTIN A. ZELLER, P.C.**
Counsel for Plaintiff
251 West 14th Street, 5th Floor
New York, NY 10011
(212) 860-9169

**ECHTMAN & ETKIND, LLC**
Counsel for Defendants
250 West 57th Street, Suite 1020
New York, NY 10107
212-757-2310

By: _____  By: _____
Justin A. Zeller, Esq.                            David Etkind, Esq.
JZ 7094                                                DE 9805

SO ORDERED: September 21, 2007

_____
Charles L. Brieant
U.S.D.J